Arthur J. Burke (SBN 229589)
arthur.burke@dpw.com
Rosanna G. Lipscomb (SBN 251080)
rosanna.lipscomb@dpw.com
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, California  94025
Telephone:  (650) 752-2000
Facsimile:   (650) 752-2111

James W. Haldin (*pro hac vice*)
james.haldin@dpw.com
DAVIS POLK & WARDWELL
450 Lexington Ave.
New York, NY  10017
Telephone:  (212) 450-4059
Facsimile:   (212) 450-3059

Attorneys for Defendant
Comcast Corporation

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHERYL CORRALEJO, On Behalf of Herself And All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   v.<br><br>COMCAST CORPORATION<br><br>                Defendant. | CASE NO. 2:08-CV-02863 FCD (JFM)<br><br>**ORDER GRANTING DEFENDANT COMCAST CORPORATION'S AGREED-UPON MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Judge: Hon. Frank C. Damrell, Jr. |

1    Good Cause exists to grant Defendant Comcast Corporation's Agreed-Upon Motion
2 for an Extension of Time until January 30, 2009 to Respond to Plaintiff's Complaint in light of the
3 foregoing recitals of counsel.  Therefore, the foregoing Motion is hereby GRANTED.
4 IT IS SO ORDERED.
5  Dated:  December 17, 2008

   FRANK C. DAMRELL, JR.
   UNITED STATES DISTRICT JUDGE