1  Arthur J. Burke (SBN 229589)
   arthur.burke@dpw.com
2  Rosanna G. Lipscomb (SBN 251080)
   rosanna.lipscomb@dpw.com
3  DAVIS POLK & WARDWELL
   1600 El Camino Real
4  Menlo Park, California  94025
   Telephone:  (650) 752-2000
5  Facsimile:   (650) 752-2111

6  James W. Haldin (*pro hac vice*)
   james.haldin@dpw.com
7  DAVIS POLK & WARDWELL
   450 Lexington Ave.
8  New York, NY  10017
   Telephone:  (212) 450-4059
9  Facsimile:   (212) 450-3059

10 Attorneys for Defendant
   Comcast Corporation

11

12

13                    UNITED STATES DISTRICT COURT

14              FOR THE EASTERN DISTRICT OF CALIFORNIA

15                       SACRAMENTO DIVISION

16 CHERYL CORRALEJO, On Behalf of      )   CASE NO. 2:08-CV-02863 FCD JFM
   Herself And All Others Similarly Situated,  )
17                                     )   **ORDER GRANTING DEFENDANT**
                                       )   **COMCAST CORPORATION'S SECOND**
18                      Plaintiff,     )   **AGREED-UPON MOTION FOR AN**
                                       )   **EXTENSION OF TIME TO RESPOND**
19        v.                           )   **TO PLAINTIFF'S COMPLAINT**
                                       )
20 COMCAST CORPORATION                 )   Judge: Hon. Frank C. Damrell, Jr.
                                       )
21                      Defendant.     )
                                       )
22 _____ )

23

24

25

26

27

28

1           Good Cause exists to grant Defendant Comcast Corporation's Second Agreed-Upon

2    Motion for an Extension of Time to Respond to Plaintiff's Complaint in light of the foregoing

3    recitals of counsel.  Defendant shall file a response to the Complaint within twenty (20) days after

4    the Court's ruling on Defendant's pending motion to transfer this action to the Northern District of

5    Illinois, or in the alternative, to dismiss or stay the action.

6          **IT IS SO ORDERED.**

7    Dated:  January 29, 2009

8

9          FRANK C. DAMRELL, JR.

        UNITED STATES DISTRICT JUDGE