1  Arthur J. Burke (SBN 229589)
   arthur.burke@dpw.com
2  Rosanna G. Lipscomb (SBN 251080)
   rosanna.lipscomb@dpw.com
3  DAVIS POLK & WARDWELL
   1600 El Camino Real
4  Menlo Park, California  94025
   Telephone:  (650) 752-2000
5  Facsimile:   (650) 752-2111

6  James W. Haldin (*pro hac vice*)
   james.haldin@dpw.com
7  DAVIS POLK & WARDWELL
   450 Lexington Ave.
8  New York, NY  10017
   Telephone:  (212) 450-4059
9  Facsimile:   (212) 450-3059

10 Attorneys for Defendant
   Comcast Corporation

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHERYL CORRALEJO, On Behalf of Herself And All Others Similarly Situated, ) ) ) | CASE NO. 2:08-CV-02863 FCD JFM |
| Plaintiff, ) ) | **ORDER GRANTING JOINT MOTION FOR AN EXTENSION OF TIME TO CONDUCT A RULE 26(F) CONFERENCE AND FILE A JOINT STATUS REPORT** |
| v. ) ) | |
| COMCAST CORPORATION ) ) | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. ) ) ) | |

|   |   |
|---|---|
| 1 | Good Cause exists to grant the parties' Joint Motion for an Extension of Time to Conduct a Rule 26(f) Conference and File a Joint Status Report ("Motion").  The time for the parties to conduct a Rule 26(f) conference and file a Joint Status Report is EXTENDED twenty (20) days after the Court's ruling on Comcast's pending motion to transfer this action to the Northern District of Illinois or, in the alternative, to dismiss or stay the action. |

Good Cause exists to grant the parties' Joint Motion for an Extension of Time to Conduct a Rule 26(f) Conference and File a Joint Status Report ("Motion").  The time for the parties to conduct a Rule 26(f) conference and file a Joint Status Report is EXTENDED twenty (20) days after the Court's ruling on Comcast's pending motion to transfer this action to the Northern District of Illinois or, in the alternative, to dismiss or stay the action.

IT IS SO ORDERED.

Dated:  January 29, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE