Arthur J. Burke (SBN 229589)
arthur.burke@dpw.com
Rosanna G. Lipscomb (SBN 251080)
rosanna.lipscomb@dpw.com
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, California 94025
Telephone:  (650) 752-2000
Facsimile:   (650) 752-2111

James W. Haldin (*pro hac vice*)
james.haldin@dpw.com
DAVIS POLK & WARDWELL
450 Lexington Ave.
New York, NY 10017
Telephone:  (212) 450-4059
Facsimile:   (212) 450-3059

Attorneys for Defendant
Comcast Corporation

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHERYL CORRALEJO, On Behalf of Herself And All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> COMCAST CORPORATION <br><br> Defendant. | CASE NO. 2:08-CV-02863 FCD (JFM) <br><br> **STIPULATION AND ORDER REGARDING EXTENSION OF TIME AND STAY OF PRETRIAL PROCEEDINGS PENDING RULING BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** <br><br> Judge: Hon. Frank C. Damrell, Jr. |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1   Plaintiff Cheryl Corralejo ("Plaintiff") and Defendant Comcast Corporation
2  ("Comcast") respectfully request that the Court enter an Order extending the time by which
3  Comcast must answer or otherwise respond to Plaintiff's Complaint and staying all pretrial
4  proceedings, including all discovery, pending a ruling by the Judicial Panel on Multidistrict
5  Litigation (the "MDL Panel") regarding the transfer of this action and eight similar actions to a
6  single district for coordinated pretrial proceedings.  As grounds, the parties stipulate as follows:
7   1.   Plaintiff filed a Complaint on November 25, 2008 and served the
8  Complaint and a summons upon Comcast on or about December 3, 2008.  The Complaint alleges
9  that Comcast violated Section 1 of the Sherman Act, 15 U.S.C. § 1, and state law by "tying"
10  premium cable services to the rental of set-top boxes.  The Complaint is styled as a putative class
11  action.
12   2.   There are currently eight similar class actions pending against Comcast or its
13  affiliates in four other federal districts, including the Northern District of Illinois, the Eastern
14  District of Pennsylvania, the Northern District of California and the Southern District of West
15  Virginia.  The complaints in those actions allege that Comcast has violated Section 1 of the
16  Sherman Act, 15 U.S.C. §1, and, in some instances, state law, by "tying" premium cable services to
17  the rental of set-top boxes.
18   3.   On or about February 17, 2009, counsel for plaintiff in the class action
19  pending in the Southern District of West Virginia filed a motion with the MDL Panel to transfer all
20  nine class actions to a single district for coordinated pretrial proceedings pursuant to 28 U.S.C. §
21  1407.  *See* Motion of Plaintiff Eric Holt for Transfer and Coordination or Consolidation Pursuant to
22  28 U.S.C. § 1407 (attached hereto as Exhibit A).
23   4.   On or about February 18, 2009, counsel for plaintiff in one of the class
24  actions pending in the Eastern District of Pennsylvania filed a response with the MDL Panel.  *See*
25  Interested Party Response to Plaintiffs' Motions for Transfer and Coordination or Consolidation in
26  the In Re: Comcast Set-Top Television Box Antitrust Litigation (attached hereto at Exhibit B).
27   5.   On or about February 20, 2009, counsel for plaintiffs in two of the class
28  actions pending in the Northern District of Illinois filed a motion with the MDL Panel to transfer all

nine class actions to a single district for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* Plaintiffs Debra L. Koller and Lucas Mays's Motion Pursuant to 28 U.S.C. § 1407 to Transfer Actions to the Northern District of Illinois for Coordinated or Consolidated Pretrial Proceedings (attached hereto at Exhibit C).

6. In light of the multiplicity of complaints on file and the pending motions before the MDL Panel, the parties respectfully request that the Court extend the time by which Comcast must answer or otherwise respond to Plaintiff's Complaint until (1) the entry of a scheduling order by the transferee court in the event the MDL Panel grants the pending motions to consolidate or (2) thirty days after service of the MDL Panel's order in the event the MDL Panel denies the pending motions to consolidate.

7. The parties further request that the Court stay all pretrial proceedings, including all discovery and related obligations under Federal Rules of Civil Procedure 16 and 26, similar Local Rules and the Court's Order Requiring Joint Status Report, until (1) the entry of a scheduling order by the transferee court in the event the MDL Panel grants the pending motions to consolidate or (2) thirty days after service of the MDL Panel's order in the event the MDL Panel denies the pending motions to consolidate.

8. The requested relief will not prejudice either party.

WHEREFORE, the parties respectfully request that the Court enter an Order extending the time by which Comcast must answer or otherwise respond to Plaintiff's Complaint and staying all pretrial proceedings, including all discovery, pending a ruling by the MDL Panel.

2

STIPULATION AND ORDER REGARDING EXTENSION OF TIME AND STAY OF PRETRIAL PROCEEDINGS PENDING RULING BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION, CASE NO. 2:08-CV-02863-FCD-JFM

1
2
3  Dated:    February 25, 2009                  Respectfully submitted,
4
                                                 By:   /s/ James W. Haldin
5                                                    Arthur J. Burke (SBN 229589)
                                                     James W. Haldin (*pro hac vice*)
6                                                    Rosanna G. Lipscomb (SBN 251080)
7                                                    DAVIS POLK & WARDWELL
                                                     1600 El Camino Real
8                                                    Menlo Park, CA 94025
                                                     (650) 752-2000/(650)752-2111 (fax)
9                                                    Attorneys for Defendant
10                                                   Comcast Corporation
11
12 Dated:    February 25, 2009                  Respectfully submitted,
13
                                                 By:   /s/ Karen M. Leser-Grenon
14                                                   Karen M. Leser-Grenon (SBN 231189)
15                                                   SHEPHERD, FINKELMAN MILLER &
16                                                   SHAH, LLP
                                                     401 West A Street, Suite 2350
17                                                   San Diego, CA 92101
                                                     (619)235-2416/(619)234-7334
18                                                   Attorneys for Plaintiff
19
       I hereby attest that I have on file written permission to sign this joint statement and
20
   report from all parties whose signatures are indicated by a "conformed" signature (/s/) within this e-
21
   filed document.
22
                                                         /s/ James W. Haldin
23                                                       James W. Haldin

24 IT IS SO ORDERED.
25 Dated:  February 25, 2009
26
                                                   _____
27                                                 FRANK C. DAMRELL, JR.
                                                   UNITED STATES DISTRICT JUDGE
28

3