A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on Jun 17, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

Jun 17, 2009

FILED
CLERK'S OFFICE

**IN RE: COMCAST CORP. SET-TOP CABLE**
**TELEVISION BOX ANTITRUST**
**LITIGATION**

MDL No. 2034

## TRANSFER ORDER

**Before the entire Panel**: Plaintiff in one Eastern District of Pennsylvania action has moved, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings of this litigation in the Eastern District of Pennsylvania. Plaintiffs in one action and one potentially related action support the motion. Defendant Comcast Corp. (Comcast) and plaintiffs in six actions support centralization in the Northern District of Illinois. Plaintiffs in two potentially related actions support, or support in the alternative, centralization in the Eastern District of Louisiana or the District of Colorado.

This litigation currently consists of nine actions listed on Schedule A and pending in five districts as follows: three actions each in the Northern District of Illinois and the Eastern District of Pennsylvania; and one action each in the Eastern District of California, the Northern District of California, and the Southern District of West Virginia.[1]

On the basis of the papers filed and hearing session held, we find that these actions involve common questions of fact, and that centralization under Section 1407 in the Eastern District of Pennsylvania will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions allege that Comcast improperly tied and bundled the lease of cable boxes to the ability to obtain premium cable services in violation of Section 1 of the Sherman Antitrust Act. Centralization under Section 1407 will eliminate duplicative discovery; prevent inconsistent pretrial rulings, including with respect to class certification; and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the Eastern District of Pennsylvania is an appropriate transferee forum for this litigation. Comcast is headquartered there, and relevant documents and witnesses will likely

---

[1] The Panel has been notified that six additional related actions have been filed, one action each in the Northern District of Alabama, the District of Colorado, the Eastern District of Louisiana, the District of Minnesota, the Western District of Washington, and the Southern District of West Virginia. These actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 6/18/09

TEST: [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

be located in that district. Furthermore, Judge Anita B. Brody has the time and experience to steer this litigation on an expeditious course.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the Eastern District of Pennsylvania are transferred to the Eastern District of Pennsylvania and, with the consent of that court, assigned to the Honorable Anita B. Brody for coordinated or consolidated pretrial proceedings with the actions pending there and listed on Schedule A.

PANEL ON MULTIDISTRICT LITIGATION

John G. Heyburn II
Chairman

| | |
|---|---|
| J. Frederick Motz | Robert L. Miller, Jr. |
| Kathryn H. Vratil | David R. Hansen |
| W. Royal Furgeson, Jr. | Frank C. Damrell, Jr. |

## IN RE: COMCAST CORP. SET-TOP CABLE TELEVISION BOX ANTITRUST LITIGATION

MDL No. 2034

### SCHEDULE A

#### Eastern District of California

Cheryl Corralejo v. Comcast Corp., C.A. No. 2:08-2863

#### Northern District of California

Kevin Ahaesy v. Comcast Corp., et al., C.A. No. 3:09-612

#### Northern District of Illinois

Debra L. Koller v. Comcast Corp., C.A. No. 1:08-6362
Glenn R. Sowizrol v. Comcast Corp., et al., C.A. No. 1:09-564
Lucas Mays v. Comcast Corp., C.A. No. 1:09-670

#### Eastern District of Pennsylvania

Barbara Morrow, et al. v. Comcast Corp., et al., C.A. No. 2:09-128
Robert Uff v. Comcast Corp., et al., C.A. No. 2:09-636
Eric Holt v. Comcast Corp., et al., C.A. No. 2:09-637

#### Southern District of West Virginia

Sheila Hunt v. Comcast Corp., et al., C.A. No. 3:09-131

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

June 18, 2009

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215) 597-7704

Jack L. Wagner, Clerk
U.S. District Court for the
Eastern District of California
4-200 United States Courthouse
501 I Street
Sacramento, CA 95814

RE: Corralejo v. Comcast Corp.
CA-E, 2:08-2863

Dear Clerk:

Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation directing the transfer of the above Civil Action to this district under 28 U.S.C. §1407.

**Please enclose a certified copy of the docket entries and a certified copy of the transmittal order <u>when forwarding the original record</u>**. Receipt of this order may be acknowledged on the copy of this letter.

If you have any questions, please call me at (267) 299-7017.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: _____
Tom Dempsey, Deputy Clerk
Multidistrict Litigation

Enclosure